```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK                                    E-FILED 01-14-09
 4  Assistant United States Attorney                  JS-6
    Chief, Asset Forfeiture Section
 5  FRANK KORTUM
    Assistant United States Attorney
 6  California Bar No. 110984
         United States Courthouse
 7       312 N. Spring Street, Suite 1400
         Los Angeles, California 90012
 8       Telephone:  (213) 894-5710
         Facsimile:  (213) 894-7177
 9       Email:      frank.kortum@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CV 07-6046-GHK (CWx) |
| Plaintiff, ) | **[PROPOSED]** |
| v. ) | **CONSENT JUDGMENT** |
| REAL PROPERTY IN SYLMAR, ) CALIFORNIA, ) | [NOTICE OF LODGING CONSENT JUDGMENT LODGED CONCURRENTLY HEREWITH] |
| Defendant. ) | |
| CIRINO MELERO and ESPERANZA MELERO, ) | |
| Claimants. ) | |

On September 18, 2007, plaintiff United States of America ("plaintiff" or the "government") filed a Complaint for Forfeiture

1   against the defendant real property[1] located at 13420 Bradley
2   Avenue, Sylmar, California 91342 (the "defendant property").  The
3   government alleged that the defendant property was subject to
4   forfeiture pursuant to 21 U.S.C. § 881(7).

5         Claimants Cirino Melero and Esperanza Melero (collectively
6   "claimants") filed verified claims and answers on December 28, 2007.
7   No other claims, statements of interest, or answers have been filed,
8   and the time for filing claims, statements, and answers has expired.

9         The government and claimants have agreed to settle this
10  forfeiture action and to avoid further litigation.

11        The Court having been duly advised of and having considered
12  the matter, and based upon the consent of plaintiff and claimants,

13        IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

14        1. This Court has jurisdiction over this action pursuant to
15  28 U.S.C. §§ 1345 and 1355.

16        2. The Complaint for Forfeiture states a claim for relief
17  pursuant to 21 U.S.C. § 881(7).

18        3. Notice of this action has been given as required by law.

---

[1]   The legal description of the defendant real property (Assessor's Parcel No. 2501-024-024) is described as:  The southeasterly 90 feet of that portion of Lot 6 in Block 184 of the Los Angeles Olive Growers Association Lands, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in book 53 page(s) 27 of miscellaneous records, in the office of the County Recorder of said County.  Beginning at the most southerly corner of said Lot; thence northeasterly along the southeasterly line thereof, 236 feet; thence northwesterly parallel with the southwesterly line of said Lot a distance of 357.38 feet to the northwesterly line thereof; thence southwesterly along said northwesterly line 241.10 feet to the most westerly corner of said Lot; thence southeasterly along the southwesterly line thereof 308.04 feet to the point of beginning.

1 Claimants filed the only claims and answers.  The Court deems that
2 all other potential claimants admit the allegations of the Complaint
3 for Forfeiture to be true.
4     4. Claimants agree to forfeiture as set out below.  A
5 judgment of forfeiture is hereby entered in favor of the United
6 States, which shall dispose of the following defendant property in
7 accordance with the law:

    (A)  The defendant real property shall be appraised by the government.

    (B)  Upon receipt of the appraisal, claimants shall pay to the government, as a settlement, forty-five percent (45%) of the current appraised value, which shall be condemned and forfeited to the United States in accordance with law. Payment shall be made in the form of a cashier's check payable to the United States Treasury Department.  The cashier's check shall be delivered to Assistant United States Attorney Frank D. Kortum at United States Courthouse, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701.

    (C)  Thereafter, the government shall file an original withdrawal of <u>lis pendens</u>, which shall be recorded in the Los Angeles Recorder's Office.

    5. Claimants will execute further documents, to the extent necessary, to convey clear title to the defendant property and to further implement the terms of this Consent Judgment.

    6. Claimants waive the redacting and sealing requirements of L.R. 79-5.4.

//

3

7. Claimants hereby release the United States of America, its agencies, officers, and employees, including employees of the Drug Enforcement Agency, and local law enforcement agencies, their agents, officers, and employees, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs, or interest on behalf of claimants, whether pursuant to 28 U.S.C. § 2465 or otherwise.

8. The Court finds that there was reasonable cause for the institution of these proceedings against the defendant real property.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9. The Court further finds that claimants did not

substantially prevail in this action, and the parties shall bear their own attorneys' fees and other costs of litigation.

DATED: January _14, 2009

_____
THE HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

CONSENT

The government and claimants consent to judgment and waive any right to appeal.

DATED: January 5, 2008

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

       /s/
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: January 4, 2009

LAW OFFICES OF DONOVAN J. DUNNION

       /s/
_____
DONOVAN J. DUNNION

Attorney for Claimants
Cirino Melero and Esperanza Melero